# APPENDIX 2

League of Women Voters Plaintiffs

SUPPLEMENTAL DECLARATION OF JOWEI CHEN
DATED JULY 11, 2018



EXHIBIT 14
WIT: I. Chen
DATE: 7/30/18
DENISE MYERS BYRD

I, Jowei Chen, under penalty of perjury, declare the following:

1. I was asked by plaintiffs' counsel to use the following process to select one of the 3,000 North Carolina congressional maps I previously generated in this litigation as a demonstration plan for purposes of establishing standing: (1) Start with the 1,000 maps in Simulation Set 2, all of which protect more incumbents than the 2016 Plan and split fewer counties. (2) Of these maps, identify the ones that contain a district with a Black Voting Age Population above 40%. (3) Of these maps, identify the ones that contain seven Republican districts and six Democratic districts using Dr. Thomas Hofeller's seven-election average (and thus an efficiency gap near zero). (4) Of these maps, identify the one that has the most compact districts, on average, considering both Reock and Polsby-Popper compactness. In calculating the Black Voting Age Population of each district, I include only individuals who identify as single-race African-American.

2. This process led to the selection of Plan 297 in Simulation Set 2 (hereinafter: Plan 2-297). Maps of Plan 2-297 and the 2016 Plan are below, in which each district in each plan is shaded based on Dr. Hofeller's seven-election average. Individual maps of each of Plan 2-297's and the 2016 Plan's districts (also shaded using Dr. Hofeller's seven-election average) are included at the end of this declaration.

1

Case 1:16-cv-01026-WO-JEP   Document 129-2   Filed 07/11/18   Page 3 of 8

# Plan 297 of Simulation Set 2



12 Split Counties:
Davidson (Districts 5 and 6)
Franklin (Districts 11 and 12)
Gaston (Districts 2 and 3)
Guilford (Districts 6 and 7)
Johnston (Districts 10 and 9)
Lee (Districts 7 and 8)
Mecklenburg (Districts 3 and 4)
Pitt (Districts 12 and 13)
Robeson (Districts 8 and 9)
Rowan (Districts 4 and 5)
Rutherford (Districts 1 and 2)
Wake (Districts 10 and 11)

12 Split VTD's:
19 (Rutherford Cty.)
46 (Gaston Cty.)
045 (Mecklenburg Cty.)
46 (Rowan Cty.)
50 (Davidson Cty.)
G44 (Guilford Cty.)
D (Lee Cty.)
10 (Robeson Cty.)
PR28 (Johnston Cty.)
06−01 (Wake Cty.)
19 (Franklin Cty.)
0101 (Pitt Cty.)

2

Case 1:16-cv-01026-WO-JEP   Document 129-2   Filed 07/11/18   Page 4 of 8

# Enacted 2016 Plan (SB 2)



13 Split Counties:
Bladen (Districts 7 and 9)
Buncombe (Districts 10 and 11)
Catawba (Districts 5 and 10)
Cumberland (Districts 8 and 9)
Durham (Districts 1 and 4)
Guilford (Districts 6 and 13)
Iredell (Districts 10 and 13)
Johnston (Districts 2 and 7)
Mecklenburg (Districts 9 and 12)
Pitt (Districts 1 and 3)
Rowan (Districts 8 and 13)
Wake (Districts 2 and 4)
Wilson (Districts 1 and 2)

12 Split VTD's:
P25 (Bladen Cty.)
14.2 (Buncombe Cty.)
29 (Catawba Cty.)
CC08 (Cumberland Cty.)
G71 (Guilford Cty.)
FT (Iredell Cty.)
PR26 (Johnston Cty.)
002 (Mecklenburg Cty.)
1509 (Pitt Cty.)
28 (Rowan Cty.)
16−05 (Wake Cty.)
PRTA (Wilson Cty.)

3

3. Like all of the maps in Simulation Set 2, Plan 2-297 protects 13 incumbents (compared to 11 in the 2016 Plan), splits 12 counties (compared to 13 in the 2016 Plan), splits 12 VTDs (the same as the 2016 Plan), and contains districts that are equal in population to within one person. Plan 2-297 further has an average Reock compactness score of 0.464 (compared to 0.337 in the 2016 Plan) and an average Polsby-Popper compactness score of 0.301 (compared to 0.242 in the 2016 Plan).

4. The below table provides additional information about each district in Plan 2-297: (1) its population; (2) its Black Voting Age Population share; (3) its partisan score using Dr. Hofeller's seven-election average; (4) its Reock compactness score; and (5) its Polsby-Popper compactness score.

**Table 1: Characteristics of Districts in Plan 297 from Simulation Set 2 (Plan 2-297)**

| District | Total Population | Black Voting Age Population | District's Republican Vote Share (Hofeller Formula) | Reock Score | Polsby-Popper Score |
|---|---|---|---|---|---|
| 1 | 733,498 | 3.88% | 52.62% | 0.320 | 0.324 |
| 2 | 733,499 | 10.16% | 63.62% | 0.553 | 0.325 |
| 3 | 733,499 | 27.79% | 45.82% | 0.516 | 0.237 |
| 4 | 733,499 | 19.06% | 57.77% | 0.574 | 0.448 |
| 5 | 733,498 | 8.53% | 63.86% | 0.359 | 0.276 |
| 6 | 733,499 | 22.60% | 49.30% | 0.522 | 0.320 |
| 7 | 733,499 | 22.99% | 51.49% | 0.481 | 0.248 |
| 8 | 733,499 | 28.24% | 46.43% | 0.396 | 0.245 |
| 9 | 733,498 | 18.75% | 52.18% | 0.551 | 0.300 |
| 10 | 733,499 | 22.75% | 47.40% | 0.393 | 0.249 |
| 11 | 733,498 | 22.60% | 36.78% | 0.418 | 0.269 |
| 12 | 733,499 | 41.42% | 40.84% | 0.465 | 0.327 |
| 13 | 733,499 | 20.79% | 54.43% | 0.490 | 0.343 |

4

5. Plaintiffs' counsel also provided me with a list of North Carolina precincts, in each of which either an individual plaintiff or a member of the League of Women Voters of North Carolina lives. The below table specifies the following information about each of these precincts: (1) in which district in the 2016 Plan the precinct is located; (2) what this district's partisan score is using Dr. Hofeller's seven-election average; (3) in which district in Plan 2-297 the precinct is located and (4) what this district's partisan score is using Dr. Hofeller's seven-election average.

.

**Table 2:**
**Precincts in which League of Women Voters of North Carolina Plaintiffs and Members Reside:**

| County: | Precinct Name: | Precinct's District in Enacted Plan (SB 2): | Republican Vote Share of Precinct's District in Enacted Plan (Hofeller Formula) : | Precinct's District in Plan 297 of Simulation Set 2: | Republican Vote Share of Precinct's District in Plan 297 of Simulation Set 2 (Hofeller Formula): |
|---|---|---|---|---|---|
| Washington | PLYMOUTH 1 | 1 | 31.17% | 12 | 40.84% |
| Martin | JAMESVILLE | 1 | 31.17% | 12 | 40.84% |
| Wake | 20-11 | 2 | 56.20% | 11 | 36.78% |
| Wake | 01-04 | 4 | 37.68% | 10 | 47.40% |
| Forsyth | 074 | 5 | 56.15% | 6 | 49.30% |
| Guilford | NCGR2 | 6 | 54.46% | 6 | 49.30% |
| Wayne | 13 | 7 | 53.42% | 12 | 40.84% |
| Moore | EUREKA / WHISPERING PINES | 8 | 55.13% | 8 | 46.43% |
| Mecklenburg | 86 | 9 | 56.04% | 3 | 45.82% |
| Catawba | WEST NEWTON | 10 | 58.17% | 2 | 63.62% |
| Burke | DREXEL 01 | 11 | 57.11% | 2 | 63.62% |
| Mecklenburg | 20 | 12 | 36.63% | 3 | 45.82% |
| Guilford | G31 | 13 | 53.71% | 6 | 49.30% |

6

6. While I have carried out this analysis with respect to Plan 2-297, the results would be very similar under any of the maps I generated with seven Republican districts and six Democratic districts using Dr. Hofeller's seven-election average. Under any of these maps, many Democratic voters, in many parts of North Carolina, would be placed in districts with significantly different partisan compositions than their districts under the 2016 Plan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

This 11th day of July, 2018.

Jowei Chen

7

Case 1:16-cv-01026-WO-JEP   Document 129-2   Filed 07/11/18   Page 8 of 8
Case 1:16-cv-01164-WO-JEP   Document 139-3   Filed 08/07/18   Page 8 of 34

# District 1 of Plan 2–297



8

# District 2 of Plan 2–297



Legend:
* PRECINCT: 40_WEST NEWTON (CATAWBA COUNTY)
△ PRECINCT: 0001_DREXEL 01 (BURKE COUNTY)

9

# District 3 of Plan 2–297



Legend:
✳ PRECINCT: 086 (MECKLENBURG COUNTY)
△ PRECINCT: 020 (MECKLENBURG COUNTY)

10

# District 4 of Plan 2–297

# District 5 of Plan 2–297



# District 6 of Plan 2–297



Legend:
✳ PRECINCT: 074_MEADOWLARK MIDDLE SCHOOL (FORSYTH COUNTY)
△ PRECINCT: NCGR2 (GUILFORD COUNTY)
● PRECINCT: G31 (GUILFORD COUNTY)

# District 7 of Plan 2-297



# District 8 of Plan 2–297



Legend:
* PRECINCT: EUR–WP_EUREKA/WHISPERING PINES (MOORE COUNTY)

15

# District 9 of Plan 2-297

# District 10 of Plan 2–297



Legend:
✳ PRECINCT: 01–04 (WAKE COUNTY)

# District 11 of Plan 2–297



# District 12 of Plan 2–297



Legend:
- PRECINCT: P1_PLYMOUTH 1 (WASHINGTON COUNTY)
- PRECINCT: J_JAMESVILLE (MARTIN COUNTY)
- PRECINCT: 13 (WAYNE COUNTY)

# District 13 of Plan 2–297



20

# District 1 of the 2016 Enacted Plan



Legend:
✳ PRECINCT: P1_PLYMOUTH 1 (WASHINGTON COUNTY)
△ PRECINCT: J_JAMESVILLE (MARTIN COUNTY)

21

Case 1:16-cv-01026-WO-JEP   Document 129-9   Filed 07/11/18   Page 2 of 2
Case 1:16-cv-01164-WO-JEP   Document 139-3   Filed 08/07/18   Page 22 of 34

# District 2 of the 2016 Enacted Plan



Legend:
☀ PRECINCT: 20–11 (WAKE COUNTY)

# District 3 of the 2016 Enacted Plan



23

# District 4 of the 2016 Enacted Plan



Legend:
✴ PRECINCT: 01–04 (WAKE COUNTY)

# District 5 of the 2016 Enacted Plan



Legend:
✳ PRECINCT: 074_MEADOWLARK MIDDLE SCHOOL (FORSYTH COUNTY)

25

# District 6 of the 2016 Enacted Plan



Stokes
Rockingham
Caswell
Person
Vance

**6**

kin
Forsyth
Granville
Fran

Walker
Guilford
Orange

**4**

Adams
Alamance
Durham

Price

avie
Davidson
Wake

Holding

Randolph
Chatham

Rouzer
Johnst

**8**
Stanly
Montgomery
Lee
Harnett

Ellmers

Barrus

Moore

Richmond
Hoke
Cumberland
Sampson

Union
Anson

**9**

Legend:

☀ PRECINCT: NCGR2 (GUILFORD COUNTY)

Robeson
Bladen

# District 7 of the 2016 Enacted Plan



Legend:
☀ PRECINCT: 13 (WAYNE COUNTY)

27

# District 8 of the 2016 Enacted Plan



Legend:
* PRECINCT: EUR–WP_EUREKA/WHISPERING PINES (MOORE COUNTY)

28

# District 9 of the 2016 Enacted Plan



Legend:
☀ PRECINCT: 086 (MECKLENBURG COUNTY)

# District 10 of the 2016 Enacted Plan



Legend:
☀ PRECINCT: 40_WEST NEWTON (CATAWBA COUNTY)

30

# District 11 of the 2016 Enacted Plan



Legend:
✳ PRECINCT: 0001_DREXEL 01 (BURKE COUNTY)

# District 12 of the 2016 Enacted Plan



Legend:
 PRECINCT: 020 (MECKLENBURG COUNTY)

32

# District 13 of the 2016 Enacted Plan



Legend:
* PRECINCT: G31 (GUILFORD COUNTY)