IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LEAGUE OF WOMEN VOTERS OF )
NORTH CAROLINA, WILLIAM )
COLLINS, ELLIOTT FELDMAN, )
CAROL FAULKNER FOX, )
ANNETTE LOVE, MARIA PALMER, )
GUNTHER PECK, ERSLA PHELPS, )
JOHN QUINN, III, AARON SARVER, )
JANIE SMITH SUMPTER, )
ELIZABETH TORRES EVANS, and )
WILLIS WILLIAMS, )
 )
        Plaintiffs, )
 )
  v. ) 1:16CV1164
 )
ROBERT A. RUCHO, in his )
official capacity as Chairman )
of the North Carolina Senate )
Redistricting Committee for the )
2016 Extra Session and )
Co-Chairman of the 2016 Joint )
Select Committee on )
Congressional Redistricting, )
DAVID R. LEWIS, in his )
official capacity as Chairman )
of the North Carolina House of )
Representatives Redistricting )
Committee for the 2016 Extra )
Session and Co-Chairman of the )
2016 Joint Select Committee on )
Congressional Redistricting, )
TIMOTHY K. MOORE, in his )
official capacity as Speaker )
of the North Carolina House of )
Representatives, )
PHILIP E. BERGER, in his )
official capacity as President )
Pro Tempore of the North )
Carolina Senate, )
A. GRANT WHITNEY, JR., in his )
official capacity as Chairman )
and Acting on Behalf of the )

| | |
|---|---|
| North Carolina State Board of | ) |
| Elections, | ) |
| THE NORTH CAROLINA STATE BOARD | ) |
| OF ELECTIONS, and | ) |
| THE STATE OF NORTH CAROLINA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the court on Defendants' Motion for Extension of Time (Doc. 17) to answer or otherwise respond to Plaintiffs' complaint. Defendants request a 39-day extension until November 28, 2016. Plaintiffs have responded and stated that they do not oppose an extension of time until October 31, 2016. Having reviewed the motion and taken into consideration Plaintiffs' opposition, for good cause shown this court will grant Defendants' motion.

**IT IS HEREBY ORDERED** that Defendants' motion for extension (Doc. 17) is **GRANTED** and that Defendants shall have up to and including November 28, 2016, within which to answer or other respond to Plaintiffs' complaint.

This the 28th day of October, 2016.

_____
United States District Judge